UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
August 11, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RAMIRO VALENZUELA GARCIA, ) <br> ) <br> Defendant. ) | Case No. 2:10-MJ-0228-DAD-11 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RAMIRO VALENZUELA GARCIA</u>, Case No. <u>2:10-MJ-0228-DAD-11</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ <u>75,000      (co-signed)</u>

   ✔   Unsecured Appearance Bond

   \_\_   Appearance Bond with 10% Deposit

   \_\_   Appearance Bond with Surety

   \_\_   Corporate Surety Bail Bond

   ✔   (Other)      <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 11, 2010</u> at <u>3:05</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge