```
FILED
August 11, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>     Plaintiff, )<br>v.        )<br>          )<br>RAMIRO VALENZUELA GARCIA, )<br>          )<br>     Defendant. ) | Case No. 2:10-MJ-0228-DAD-11<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RAMIRO VALENZUELA GARCIA</u>, Case No. <u>2:10-MJ-0228-DAD-11</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

✔  Bail Posted in the Sum of $ <u>75,000     (co-signed)</u>

✔  Unsecured Appearance Bond

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

✔  (Other)     <u>With pretrial supervision and conditions of release as
                    stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 11, 2010</u> at <u>3:05</u> pm.

By _____
    Dale A. Drozd
    United States Magistrate Judge