UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England Jr.<br>Chief United States District Judge<br>Sacramento, California | **RE:  Ramiro Valenzuela Garcia**<br>**Docket Number:  0972 2:10CR00347-010**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Ramiro Valenzuela Garcia is requesting permission to travel to Cancun, Mexico.  Ramiro Valenzuela Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 25, 2014, Ramiro Valenzuela Garcia was sentenced for the offense of 21 USC 843(b), Unlawful Use of a Communication Facility, a Class E Felony.

**Sentence Imposed:**  12 months stayed pending successful completion of 12 months of electronic monitoring, 12 months supervised release. Special conditions include: Search and seizure; Financial disclosure; No new lines of credit; Drug and alcohol treatment; Aftercare testing; Aftercare co-payment; No firearms; DNA collection; $100 Special Assessment (paid)

**Dates and Mode of Travel:**  May 13 – 19, 2016, via Southwest Airlines

**Purpose:**  Honeymoon

RE: **Ramiro Valenzuela Garcia**
**Docket Number: 0972 2:10CR00347-010**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Sarah L. Kirk

SARAH L. KIRK
United States Probation Officer

Dated: February 11, 2016
Fresno, California
/rmv

/s/ Tim D. Mechem
**REVIEWED BY:** **TIM D. MECHEM**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒  Approved    ☐  Disapproved

Dated: February 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2